AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 06, 2024**

SEAN F. McAVOY, CLERK

FIRST INTERSTATE BANK, a Montana state-chartered bank,
*Plaintiff*

v.

WALL STREET APARTMENTS, LLC, a Washington limited liability company,
*Defendant*

Civil Action No. 2:24-cv-00154-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order filed at ECF No. 25, Mr. Humphries' and Mr. Elkharwily's Motion for Reasonable Accommodation for Disability and for Extension of Time to File Responses to Order to Show Cause (ECF No. 21) and Motion for an Expedited Hearing (ECF No. 22) are DENIED.

The Court AWARDS $3,950.00 in attorneys' fees and costs to Wall Street Apartments, by and through its receiver, Barry Davidson, pursuant to 28 U.S.C. § 1447(c). Mr. Elkharwily and Mr. Humphries are jointly and severally responsible for the payment of these costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice .

Date: 6/6/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza